No. 24, Misc.   IN RE WILSON;
No. 26, Misc.   SAWYER *v.* DUFFY, WARDEN;
No. 27, Misc.   ISENBERG *v.* WELCH, SUPERINTENDENT;
No. 28, Misc.   PETERS *v.* ASHE, WARDEN;
No. 29, Misc.   BROWN *v.* UTAH;
No. 30, Misc.   HILLIARD *v.* JOHNSTON, WARDEN;
No. 32, Misc.   FOSTER *v.* ASHE, WARDEN; and
No. 33, Misc.   ROGERS *v.* SQUIER, WARDEN.   October 15, 1945.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 34, Misc.   JOHNSON *v.* UTAH; and
No. 35, Misc.   METTER *v.* ZRISKEY ET AL.   October 15, 1945.   The applications are denied.

No. 31, Misc.   ILLINOIS EX REL. SHAFFER *v.* RAGEN, WARDEN.   October 15, 1945.   The motion for leave to withdraw the motion for leave to file a petition for writ of habeas corpus is granted.

No. 204.   GRECO *v.* WHITECOTTON, WARDEN.   October 15, 1945.   The order of October 8, 1945 denying the petition for writ of certiorari, 326 U. S. 748, is vacated.

No. 219.   GERSEWITZ v. NEW YORK.   October 15, 1945. The petition for writ of certiorari to the Court of Appeals of New York is dismissed, it appearing that the petitioner died on September 8, 1945.   Petitioner *pro se.   Mr. Henry J. Walsh* for respondent.